# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA

County of Residence:

Plaintiff's Atty:   Joseph A. Stewart
                    Assistant U.S. Attorney
                    219 South Dearborn St.
                    Chicago, IL 60604
                    312/ 469-6008

**Defendant(s):** Luis A. Arzu
                  156 N. Parkside Ave.
                  Chicago, IL 60644

County of Residence: Cook

Defendant's Atty:
                  ---

II. Basis of Jurisdiction:                1  U.S. Gov't Plaintiff

III. Citizenship of Principle
Parties **(Diversity Cases Only)**
            Plaintiff:   **- N/A**
            Defendant:  **- N/A**

IV: Origin:                              **1. Original Proceeding**

V: Nature of Suit:    x 152 - Recovery of Student Loan – Health Education Assistance Loan

VI: Cause of Action:       Breach of Contract

VII: Requested in Complaint
            Class Action:   **No**
            Dollar Demand:  **$237,367.79**
            Jury Demand:    **No**

VIII. This case **Is Not** a refiling of a previously dismissed case. (If yes case number ___ by Judge___)

Signature:  /s Joseph A. Stewart, Assistant United States Attorney

Date:  May 5, 2008                                          **Revised: 03/10/99**